UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIMMIE THOMAS, | Case No. 1:16-cv-10152 |
| Plaintiff, | Honorable Milton I. Shadur |
| v. | |
| I.C. SYSTEM, INC., | **NOTICE OF SETTLEMENT** |
| Defendant. | |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

RESPECTFULLY SUBMITTED,

HYSLIP & TAYLOR, LLC, LPA

Date: March 28, 2017

By: s/ Michael K. Bane
Michael K. Bane, Esq.
Illinois Bar No. 6285689
1100 W. Cermak Rd., Suite B410
Chicago, IL 60608
(P) 312-380-6110
(F) 312-361-3509
(E) michael@lifetimedebtsolutions.com
*One of Plaintiff's Attorneys*

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 28, 2017, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF System upon the following:

Sean P. Flynn, Esq.
GORDON & REES LLP
2211 Michelson Dr., Ste. 400
Irvine, CA  92612

*Counsel for Defendant*

                                                             s/ Michael K. Bane