UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIMMIE THOMAS, | Case No. 1:16-cv-10152 |
| Plaintiff, | Honorable Milton I. Shadur |
| v. | |
| I.C. SYSTEM, INC., | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| RESPECTFULLY SUBMITTED, | Dated: May 25, 2017 |
| Hyslip & Taylor, LLC, LPA | Gordon & Rees LLP |
| By: /s/ Michael K. Bane<br>Michael K. Bane, Esq.<br>Illinois Bar No. 6285689<br>1100 W. Cermak Rd., Suite B410<br>Chicago, IL 60608<br>Telephone: 312-380-6110<br>Fax: 312-361-3509<br>Email: michael@lifetimedebtsolutions.com<br>*Attorney for Plaintiff* | By: /s/ Sean P. Flynn<br>Sean P. Flynn, Esq.<br>SBN 220184<br>2211 Michelson Dr., Suite 400<br>Irvine, CA 92612<br>Telephone: 213-457-1800<br>Fax: 213-457-1850<br>Email: sflynn@gordonrees.com<br>*Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2017, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:

Sean P. Flynn, Esq.
GORDON & REES LLP
2211 Michelson Dr., Ste. 400
Irvine, CA  92612

*Counsel for Defendant*

s/ Michael K. Bane